IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00026

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APPROXIMATELY $33,720 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>KENNETH SETTLE ON SEPTEMBER 11, 2023 )<br>AT THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the court on the Government's Motion for Entry of Default Judgment (Doc. No. 7). Having considered the Motion and the pleadings, the motion is GRANTED and this Court orders as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, (Doc. No. 7), is GRANTED, and Judgment of Forfeiture is ENTERED in favor of the United States against all persons and entities with respect to the following Defendant Property:

**Approximately $33,720 in United States Currency seized from Kenneth Settle on September 11, 2023 at the Charlotte-Douglas International Airport.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**
Signed: March 19, 2024

Robert J. Conrad, Jr.
United States District Judge